IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANDRE WILSON,

           Plaintiff,

v.	CIVIL ACTION NO. 2:11-cv-00103

STEVE CAUDILL, et al.,

           Defendants.

**ORDER**

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact ("PF&R") and has recommended that the court **DENY** the plaintiff's motion for injunction [Docket 3] and his motion for preliminary injunction and/or protective order [Docket 11] because the plaintiff "has failed to show that he will suffer irreparable harm if the Court refuses to issue an injunction requiring prison officials to provide him increased access to the law library." (PF&R, at 1-2.) Neither party has filed objections to the Magistrate Judge's findings and recommendations.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

As the parties have not filed objections in this case, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge [Docket 56] and orders judgment consistent with the findings and recommendations. The court **DENIES** the plaintiff's motion for injunction [Docket 3] and his motion for preliminary injunction and/or protective order [Docket 11].

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:       July 18, 2011

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge